■ In the Matter of DOMINIQUE D., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TANGRY F., Appellant. (Appeal No. 2.) [703 NYS2d 784] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Shanika F.* (269 AD2d 818 [decided herewith]). (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Green, A. P. J., Hurlbutt, Scudder and Lawton, JJ. (Filed Feb. 16, 2000.)